**PANAMA PROCESSES, S.A.,**
**Plaintiff-Appellant,**

v.

**CITIES SERVICE COMPANY,**
**Defendant-Appellee.**

**No. 993, Docket 73–2562.**

United States Court of Appeals, Second Circuit.

Argued May 14, 1974.

Decided May 15, 1974.

Samuel N. Greenspoon, New York City (Eaton, Van Winkle & Greenspoon, New York City, on the brief), for plaintiff-appellant.

James C. Blair, New York City (Cleary, Gottlieb, Steen & Hamilton, New York City, on the brief), for defendant-appellee.

Before KAUFMAN, Chief Judge, and HAYS and OAKES, Circuit Judges.

PER CURIAM:

We affirm the judgment on Judge Gurfein's well-reasoned opinion below, 362 F.Supp. 735 (S.D.N.Y.1973).